1
2
3
4
5
6
7
8
9
10
11

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MOHAMMED KATTAN, AH4638,              )
                                      )
                  Petitioner,         )        No. C 13-1019 CRB (PR)
                                      )
        vs.                           )        ORDER OF TRANSFER
                                      )
M. SPEARMAN, Warden,                  )
                                      )
                  Respondent.         )
_____)

12    Petitioner seeks federal habeas review of a conviction from Solano County

13 Superior Court, which lies within the venue of the Eastern District of California.  See 28

14 U.S.C. § 84(b).  Petitioner is incarcerated at the Correctional Training Facility in

15 Monterey County, which lies within the venue of this district.  See id. § 84(a).

16    Venue is proper in a habeas action in either the district of confinement or the

17 district of conviction, see id. § 2241(d); however, petitions challenging a conviction

18 preferably are heard in the district of conviction.   See Habeas L.R. 2254-3(a);

19 Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993).

20    Because Solano County lies in the Eastern District of California, the court

21 ORDERS that pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in

22 the interest of justice, this petition be TRANSFERRED to the United States District

23 Court for the Eastern District of California.

24    The clerk shall transfer this matter and terminate all pending motions as moot.

25 SO ORDERED.

26 DATED:  March 27, 2013

_____
CHARLES R. BREYER
United States District Judge

27
28

G:\PRO-SE\CRB\HC.13\Kattan, M.13-1019.transfer.wpd